1  Michael E. Sullivan, Esq. (SBN 5142)
   msullivan@rssblaw.com
2  Scott L. Hernandez, Esq. (SBN 13147)
   shernandez@rssblaw.com
3  **ROBISON, SHARP, SULLIVAN & BRUST**
   A Professional Corporation
4  71 Washington Street
   Reno, Nevada 89503
5  Telephone:   (775) 329-3151
   *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BETTY DIANNE NEWELL, individually, | Case No.: 2:17-CV-01126-MMD-VCF |
| Plaintiff, | |
| v. | **EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD AND REMOVE NAME FROM CM/ECF SERVICE LIST AND MASTER MAILING MATRIX** |
| WFM SOUTHERN NEVADA, INC., A Foreign Corporation dba WHOLE FOODS MARKET; WFM WO, INC., A Foreign Corporation dba WHOLE FOODS MARKET; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Scott L. Hernandez, Esq. formerly affiliated with the law firm of Robison, Sharp, Sullivan & Brust, the undersigned, respectfully submits this Ex Parte Motion to Withdraw as Co-Counsel of Record and Remove Name from CM/ECF Service List and Master Mailing Matrix requesting an entry of an order of this Court, in the form attached hereto as **Exhibit 1**, which permits (1) his withdrawal as co-counsel of record on behalf of Defendants, WFM Southern Nevada, Inc., a foreign corporation, dba Whole Foods Market, and WFM Wo, Inc., a foreign corporation, dba Whole Foods Market; and (2) removes his name from the CM/ECF service list and master mailing matrix in the above-captioned case.

Mr. Hernandez has previously appeared in this case as co-counsel of record on behalf of

Defendants, WFM Southern Nevada, Inc., a foreign corporation, dba Whole Foods Market, and WFM Wo, Inc., a foreign corporation, dba Whole Foods Market, when he was affiliated with Robison, Sharp, Sullivan & Brust. As of February 14, 2018, Mr. Hernandez accepted an employment position outside of the law firm of Robison, Sharp, Sullivan & Brust and therefore must remove himself from this case.

To correct the record, Mr. Hernandez respectfully requests that the Court enter an order, in the form attached as **Exhibit 1**, which permits (1) his withdrawal as co-counsel of record on behalf of Defendants, WFM Southern Nevada, Inc., a foreign corporation, dba Whole Foods Market, and WFM Wo, Inc., a foreign corporation, dba Whole Foods Market; and (2) removes his name from the CM/ECF service list and master mailing matrix in this case.

DATED this 14th day of February, 2018.

> ROBISON, SHARP, SULLIVAN & BRUST
> A Professional Corporation
> 71 Washington Street
> Reno, Nevada 89503
>
> By: /s/ Scott L. Hernandez
> MICHAEL E. SULLIVAN, ESQ.
> SCOTT L. HERNANDEZ, ESQ.
> *Attorneys for Defendants*
> *WFM SOUTHERN NEVADA, INC., dba*
> *WHOLE FOODS MARKET; WFM WO, INC.,*
> *dba WHOLE FOODS MARKET*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-20-2018

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused to be served a true copy of the **EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD AND REMOVE NAME FROM CM/ECF SERVICE LIST AND MASTER MAILING MATRIX** attached on all parties to this action by the method(s) indicated below:

\_\_\_\_ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

> Steven M. Baker, Esq.
> BERTOLDO BAKER CARTER & SMITH
> 7408 W. Sahara Avenue
> Las Vegas, Nevada  89117
> *Attorneys for Plaintiff*

__X__ by using the Court's CM/ECF Electronic Notification System addressed to:

> Steven M. Baker, Esq.
> BERTOLDO BAKER CARTER & SMITH
> *baker@nvlegaljustice.com*
> *Attorneys for Plaintiff*

\_\_\_\_ by email addressed to:

> Steven M. Baker, Esq.
> *Attorneys for Plaintiff*
> *baker@nvlegaljustice.com*

DATED this 15th day of February, 2018.

*/s/ Jayne Ferretto*
Employee of Robison, Sharp, Sullivan & Brust

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BETTY DIANNE NEWELL, individually,<br><br>Plaintiff,<br><br>v.<br><br>WFM SOUTHERN NEVADA, INC., A Foreign Corporation dba WHOLE FOODS MARKET; WFM WO, INC., A Foreign Corporation dba WHOLE FOODS MARKET; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-01126-MMD-VCF<br><br>**<u>ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD AND REMOVE NAME FROM CM/ECF SERVICE LIST AND MASTER MAILING MATRIX</u>** |

The Court having reviewed the Ex Parte Motion to Withdraw as Co-Counsel of Record and Remove Name from CM/ECF Service List and Master Mailing Matrix filed by Scott L. Hernandez, and good cause appearing,

IT IS HEREBY ORDERED that Scott L. Hernandez, Esq., is permitted to withdraw as co-counsel of record on behalf of Defendants, WFM Southern Nevada, Inc., a foreign corporation, dba Whole Foods Market, and WFM Wo, Inc., a foreign corporation, dba Whole Foods Market; and

IT IS FURTHER ORDERED that the Clerk will remove Scott L. Hernandez's name from the CM/ECF service list and master mailing matrix in the above-captioned case.

1  DATED this _____ day of _____, 2018.

3  Submitted by:

4  ROBISON, SHARP, SULLIVAN & BRUST
   A Professional Corporation
5  71 Washington Street
   Reno, Nevada  89503

7  By: /s/ Scott L. Hernandez
   MICHAEL E. SULLIVAN, ESQ. – NSB #5142
8  SCOTT L. HERNANDEZ, ESQ. – NSB #13147

9  Attorneys for Defendants

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

2