# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BETTY DIANNE NEWELL,<br><br>        Plaintiff,<br><br>vs.<br><br>WFW SOUTHERN NEVADA, INC, *et al.*,<br><br>        Defendants. | 2:17-cv-01126-MMD-VCF<br><br>**ORDER** |

Due to a conflict on the court's schedule,

IT IS HEREBY ORDERED that the settlement conference scheduled for October 11, 2018, is VACATED, and RESCHEDULED to 10:00 AM, October 10, 2018. The confidential statement is due by 4:00 PM, October 3, 2018. All else as stated in the Order (ECF NO. 33) scheduling the settlement conference remains the same.

DATED this 29th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE