STEVEN M. BAKER (NSB #4522)
**BERTOLDO BAKER CARTER & SMITH**
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone : (702) 228-2600
Facsimile : (702) 228-2333
E-mail : joanee@NVLegalJustice.com
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BETTY DIANNE NEWELL, individually,<br><br>Plaintiff,<br><br>v.<br><br>WFM SOUTHERN NEVADA, INC., A Foreign Corporation dba WHOLE FOODS MARKET; WFM WO, INC., A Foreign Corporation dba WHOLE FOODS MARKET; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-01126-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED STIPULATION AND ORDER FOR DISMISSAL** |

Pursuant to Local Rule IA 6-1, the parties respectfully request that this Court extend the deadline to file a proposed Stipulation and Order for Dismissal in the above entitled action for sixty (60) days, until February 8, 2019, for the reasons stated herein.

A Settlement Conference was held in this case on October 10, 2018 before Magistrate Judge Cam Ferenbach, during which the Court met and conferred with the parties and counsel, and a settlement agreement was reached. At that time the Court ordered a proposed Stipulation and Order for Dismissal must be filed on or before December 10, 2018. See Minute Order, Document 36 herein.

Plaintiff Betty Dianne Newell has signed a Release. However, final conditional payment information has been requested from Medicare, and confirmation of that lien amount is currently pending. Plaintiff's counsel is advised the lien balance should be received within the next thirty (30) to forty-five (45) days.

This stipulated request for an additional sixty (60) days, until February 8, 2019, to file a proposed Stipulation and Order for Dismissal is submitted for the reasons explained herein, in good faith, and not for purposes of undue delay.

DATED this 7th day of December, 2018

BERTOLDO BAKER CARTER & SMITH
7408 W. Sahara Avenue
Las Vegas, Nevada 89117

By: _____
STEVEN M. BAKER, ESQ.
Attorney for Plaintiff

DATED this 8th day of December, 2018

ROBISON SHARP SULLIVAN & BRUST
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: /s/ Michael E. Sullivan
MICHAEL E. SULLIVAN, ESQ.
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED this 10th day of December, 2018.

_____
UNITED STATES ~~DISTRICT~~ COURT
Magistrate