Michael E. Sullivan, Esq. (SBN 5142)
Michael A. Burke, Esq. (SBN 11527)
**ROBISON, SHARP, SULLIVAN & BRUST**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BETTY DIANNE NEWELL, <br><br> Plaintiff, <br><br> v. <br><br> WFM SOUTHERN NEVADA, INC., A Foreign Corporation dba WHOLE FOODS MARKET; WFM-WO, INC., A Foreign Corporation; dba WHOLE FOODS MARKET, DOES I through X, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-01126-MMD-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above matter shall be dismissed, with prejudice, with the parties to bear their own costs and attorneys' fees.

DATED this 31 day of January, 2019           DATED this 31st day of January, 2019

BERTOLDO, BAKER, CARTER & SMITH           ROBISON, SHARP, SULLIVAN & BRUST

By: _____                  By: _____
STEVEN M. BAKER, ESQ.                        MICHAEL E. SULLIVAN, ESQ.
Attorney for Plaintiff                       Attorneys for Defendants

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 31, 2019

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused to be served a true copy of the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** attached on all parties to this action by the method(s) indicated below:

____ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

> Steven M. Baker, Esq.
> BERTOLDO BAKER CARTER & SMITH
> 7408 W. Sahara Avenue
> Las Vegas, Nevada 89117
> *Attorneys for Plaintiff*

_x_ by using the Court's CM/ECF Electronic Notification System addressed to:

> Steven M. Baker, Esq.
> BERTOLDO BAKER CARTER & SMITH
> *baker@nvlegaljustice.com*
> *Attorneys for Plaintiff*

____ by email addressed to:

> Steven M. Baker, Esq.
> *Attorneys for Plaintiff*
> *baker@nvlegaljustice.com*

DATED this 31 day of January, 2019.

_____
Employee of Robison, Sharp, Sullivan & Brust

Robison, Simons,
Sharp & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1